IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LAURA JAQUEZ,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | No.  3:20-CV-141-RFC |
| § | |
| **ANDREW SAUL,** § | |
| **Commissioner of the** § | |
| **Social Security Administration,** § | |
| *Defendant.* § | |

## ORDER

On this day, the Court considered "Plaintiff's Motion to File Complaint Without Payment of Fees." (ECF. No. 1).  The case was directly assigned to this Court pursuant to the Standing Order "In Re: Procedures for the Pilot Project and the Direct Assignment to Magistrate Judges of Civil Proceedings."  After review of the financial affidavit (ECF No.1:2) and Complaint (ECF No. 1-1), the Court finds that Plaintiff should not be required to prepay fees or costs, or to pay the filing fee in advance for the instant civil proceeding.

Accordingly, the Court enters the following **ORDERS:**

1. The Court **GRANTS** "Plaintiff's Motion to File Complaint Without Payment of Fees" (ECF No. 1).
2. The Court **ORDERS** the District Clerk to file Plaintiff's civil complaint (ECF No. 1-1), without prepaying costs or fees.
3. The District Clerk **SHALL FURNISH** the United States Marshal with copies of the Complaint, the Summons, and the Order granting leave to proceed *in forma pauperis*, and the Marshal shall **SERVE** the same upon the Defendant.  All costs of service shall be advanced by the United States.

**SIGNED** and **ENTERED** this 22nd day of May, 2020.

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE